UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KIMI KANG,                                             Civil Action No.: 24-cv-2940

                      Plaintiff(s),

      -and-                                              **NOTICE OF REMOVAL**

LOCAL 28 OF THE SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION, ERIC MESLIN,
SALVATORE STARACE, and FRANCOISE
JACOBSOHN,

                      Defendant(s).

------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that there is annexed hereto a Petition for Removal of the above-captioned action from the New York State Supreme Court, New York County to the United States District Court, Southern District of New York.

Dated: Woodbury, New York
       April 18, 2024

                                        COLLERAN, O'HARA & MILLS
                                        Attorneys for Defendants

                                        By: _____
                                             PATRICIA L. BOLAND
                                        100 Crossways Park Drive, Suite 200
                                        Woodbury, New York 11797
                                        (516) 248-5757

TO:  Megan Sarah Goddard, Esq.
       Goddard Law PLLC
       39 Broadway Suite 1540,
       New York, NY 10006
       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice before this Court, hereby certifies that a copy of the forgoing Notice of Removal, Verified Petition for Removal and Exhibits was electronically filed with the Court. A copy was also served via email and UPS overnight delivery on April 18, 2024 upon the following:

> Megan Sarah Goddard, Esq.
> Goddard Law PLLC
> 39 Broadway Suite 1540,
> New York, NY 10006
> Tel.:646-504-8363
> E-mail: Megan@Goddardlawnyc.com

*PATRICIA L. BOLAND*

DATED: April 18, 2024