**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
KIMI KANG,

                Plaintiff,

                -against-

LOCAL 28 OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, et al.,

                Defendants.
------------------------------------------------------------x

24-CV-2940 (DLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Scheduling Call on Thursday, October 31, 2024**.**

The parties are directed to file a letter on the docket by **Friday, November 8, 2024,** apprising the Court of the status of the parties' settlement discussions and proposed dates for an additional settlement conference call.

        **SO ORDERED.**

                                                                         *s/ Ona T. Wang*

Dated: October 31, 2024                     **Ona T. Wang**
       New York, New York              United States Magistrate Judge